UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREAT RIVER INDUSTRIES, LLC** | **CIVIL ACTION NO. 2:25-cv-1221** |
| **VERSUS** | **JUDGE** _____ |
| **ATALCO GRAMERCY, LLC** | **MAGISTRATE JUDGE** _____ |

### PETITION TO CONFIRM ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Great River Industries, LLC ("Great River"), which respectfully petitions this Court for confirmation of a binding arbitration award against Defendant Atalco Gramercy, LLC in conformity with that award.

### PARTIES

1.

Great River Industries, LLC, is a Louisiana limited liability company with its principal place of business in Geismar, Louisiana. Great River may be served through its registered agent Corporation Service Company, 450 Laurel Street, 8th Floor, Baton Rouge, Louisiana 70801. Great River's sole member is HBH Holdings, Inc. an Ohio corporation with its principal place of business in Cincinnati, Ohio.

2.

Made defendant herein is Atalco Gramercy, LLC ("Atalco"), a Delaware limited liability company with its principal place of business in London, England, which may be served through its registered agent Capitol Corporate Services, Inc., 8550 United Plaza Building II, Suite 305, Baton Rouge, Louisiana 70809. Atalco Gramercy, LLC's sole member is Atalco, LLC.

i. Atalco, LLC, a Delaware limited liability company with its principal place of business in London, England. Atalco, LLC's sole member is Atlantic Alumina Company, LLC.

ii. Atlantic Alumina Company, LLC's members are Concord Gramercy, LP and twenty-five (25) minority stakeholders, who are citizens of Florida, Connecticut, Tennessee, New Jersey, Illinois, and New York.

iii. Concord Gramercy, LP's general partner is Concord Gramercy, LLC.

iv. Concord Gramercy, LLC's sole member is Concord Resources International Minerals Limited.

v. Concord Resources International Minerals Limited is incorporated in England and Wales.

## JURISDICTION AND VENUE

3.

This Court has original jurisdiction over this matter pursuant to 28 U.S.C. 1332(a) because the matter in controversy exceeds the sum of $75,000.00, exclusive of costs and interest, and because the dispute arises between citizens of different states and/or subjects of a foreign state.

4.

Venue as to Great River's claim is proper in this division and district of this Court pursuant to 28 U.S.C. § 1391 because this is the district where a substantial part of the events or omissions giving rise to the claim occurred.

## BACKGROUND

5.

On August 29, 2023, Great River and Atalco entered into a Contract, attached hereto as Exhibit A. The Contract provides for binding arbitration of disputes arising from the Contract, to take place in New Orleans, Louisiana and to be governed by the substantive laws of the State of Louisiana.

6.

On December 23, 2024, Great River filed a Demand for Arbitration ("Demand"), with the American Arbitration Association, Case No. 01-24-0009-2904 ("Arbitration"), attached as Exhibit B. The Demand sought an award against Atalco for $1,224,973.67, plus interest, which Great River claimed was due for labor, materials and equipment provided pursuant to the Contract.

7.

Great River and Atalco agreed to the appointment of a single arbitrator, H. Bruce Shreves, of Simon, Peragine, Smith and Redfearn, LLP. *See* Exhibit C.

8.

On May 23, 2025, the parties agreed to the entry of a Consent Arbitration Award (the "Award"), attached as Exhibit D, and Mr. Shreves issued the Consent Arbitration Award in favor of Great River, awarding $1,335,991.44 plus judicial interest, until the Award is paid in full.

9.

The Award is presumed to be valid, without any further showing required by Great River.

10.

Pursuant to La. R.S. 9:4209 and 9:4212, this Court has jurisdiction to confirm the Award on a Petition to Confirm by Great River, and the Award shall be confirmed by the Court, and made the judgment of the Court, unless it is vacated, modified, or corrected as prescribed in La. R.S.

9:4210 and 9:4211.[1] Accordingly, Great River requests that there be judgment rendered in its favor, and against Atalco, in the amount of $1,335,991.44, plus judicial interest from May 23, 2025 and all costs incurred by Great River in this matter.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, Great River Industries, LLC, prays that there be judgment in its favor and against Atalco Gramercy LLC in the amount of $1,335,991.44, plus legal interest from May 23, 2025 until finally paid.

Plaintiff further prays for any other relief to which it is entitled.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Kelsey Kornick Funes*
Kelsey Kornick Funes Bar Roll No. 25133
Christopher J. Vidrine Bar Roll No.: 40538
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: funesk@phelps.com
Email: chris.vidrine@phelps.com

ATTORNEYS FOR PLAINTIFF GREAT RIVER INDUSTRIES, LLC

---

[1] Pursuant to the Parties' agreement in this matter, Louisiana's Binding Arbitration Law, La. R.S. 9:4209, et seq., governs the substance of proceedings arising under the Contract including the binding arbitration provisions. However, federal law regarding the procedure for the confirmation of arbitration awards also applies. *See* 9 U.S.C. § 6 (allowing an application for the confirmation of an arbitration award to be heard in the manner of motions).

- 4 -

- 5 -

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing pleading has been served on Brent Hicks and Capitol Corporate Services, Inc., registered agent for service of process for Atalco Gramercy, LLC, by U.S. Mail, postage prepaid, electronic mail, and/or facsimile this 13th day of June, 2025, as follows:

| | |
|---|---|
| Brent Hicks<br>Baker Donelson<br>II Rivermark Centre<br>450 Laurel Street, 21st Floor<br>Baton Rouge, Louisiana 70801<br>bhicks@bakerdonelson.com | Capitol Corporate Services, Inc.<br>8550 United Plaza Building II, Ste. 305<br>Baton Rouge, Louisiana 70809 |

          */s/Kelsey Kornick Funes*
          Kelsey Kornick Funes Bar Roll No. 25133

- 5 -